# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DIRK BURCHARD**  **PETITIONER**
*Reg. #20705-021*

v.          CASE NO. 2:24-CV-00160-BSM

**CHAD GARRETT**
*Warden, FCI Forrest City - Low*        **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Benecia B. Moore's recommended disposition [Doc. No. 4] is adopted and Dirk Burchard's section 2241 petition for a writ of habeas corpus [Doc. No. 1] is dismissed without prejudice for lack of subject matter jurisdiction.

IT IS SO ORDERED this 3rd day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE