IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DIRK BURCHARD**                                                                    **PETITIONER**
*Reg. #20705-021*

v.                             **CASE NO. 2:24-CV-00160-BSM**

**CHAD GARRETT**
*Warden, FCI Forrest City - Low*                                          **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE